

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### MODESTO DIVISION

**UNDISTRIBUTED BALANCE**

| | |
|---|---|
| **TO:** | United States Bankruptcy Court<br>Attn: Karen Ceriani, Finance Dept. |
| **FROM:** | Gary R. Farrar, Trustee |
| **DATE:** | October 19, 2009 |
| **DEBTOR:** | Solveson, Thomas<br>Arroyo-Solveson, Maria |
| **CASE #** | 05-21801 |
| **AMOUNT:** | $ 2,071.80 |
| **CAN-X#** | **Unclaimed Money; Treas. Reg. Fund** |

FILED
OCT 22 2009
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

Transmitted here with is a check in the above amount for deposit with the court as undistributed balance in the above named case.

**EXPLANATION OF SOURCES:**
Claim #    44

   Speakeasy
   P.O. Box 34938
   Seattle, Wa  98124-1938


Amount:    $ 2,071.80

_____

Gary R. Farrar Trustee